Thomas P. Cartmell, 45366
Thomas J. Preuss, 54923
Christopher L. Schnieders 57725
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Phone: 816-701-1100
Facsimile: 816-531-2372
Attorneys for Plaintiffs, Betty Belford

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number 06-3489<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Betty Belford,<br>　　　　　　　Plaintiffs,<br>　vs.<br>Pfizer, Inc., et al.<br>　　　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, (BETTY BELFORD) Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: February 20, 2009

By: _____
Attorneys for Plaintiff, Betty Belford

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

DATED: April 27, 2009        DLA PIPER US LLP

By: _____
Michelle Sadowsky
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated APR 3 0 2009        _____
Hon. Charles R. Breyer
United States District Court

-2-

PFZR/1035934/6190655v.1

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE